Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Austin Division

CHAUNCY WILLIAMS TRUST

Case No. A23CA342 LY

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ✔ Yes ☐ No

-v-

HMD LLC
Brane Martinoski

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | CHAUNCY WILLIAMS TRUST |
| Street Address | PO BOX 1638 |
| City and County | Pflugerville, Travis County |
| State and Zip Code | Texas, 78691 |
| Telephone Number | 737-280-2822 |
| E-mail Address | chauncywilliams@gmail.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

| | |
|---|---|
| Name | HMD Trucking LLC |
| Job or Title *(if known)* | |
| Street Address | 1350 Michigan St. |
| City and County | Gray |
| State and Zip Code | Indiana, 46402 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Brane Martinoski |
| Job or Title *(if known)* | Supervisor |
| Street Address | 1350 Michigan St. |
| City and County | Gray |
| State and Zip Code | Indiana 46402 |
| Telephone Number | 708-603-7772 |
| E-mail Address *(if known)* | Brane@hmd.llc |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A.   The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

2. If the plaintiff is a corporation

   The plaintiff, *(name)* CHAUNCY WILLIAMS TRUST, is incorporated under the laws of the State of *(name)* TEXAS,

   and has its principal place of business in the State of *(name)* TEXAS.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.   The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* Brane Martinoski, is a citizen of the State of *(name)* Indiana. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

   The defendant, *(name)* HMD Trucking LLC, is incorporated under the laws of the State of *(name)* Indiana, and has its principal place of business in the State of *(name)* Indiana.

   Or is incorporated under the laws of *(foreign nation)* _____,

   and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

        Intentionally Causing Emotional Distress
        Pain & suffering
        Economic loss

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)*   10/17/2022  , at *(place)*   HMD Trucking LLC 10031 Virginia Ave. Chicago Ridge, IL 60415  ,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

1. Brane Martinoski, supervisor of HMD Trucking LLC intentionally and neglectfully trespassed upon plaintiff deed of trust documents and personal property unlawfully. Plaintiff requested the return of the classified documents in order to conduct it's business affairs.

2. Defendant guaranteed the return of Plaintiff's property, relutantly never to send the material on mutiple

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*
Due to the actions and willful neglect to duty of care by Brane Martinoski. Plaintiff has experienced extreme mental augish. Loss of time and property, as well as, tax and legal ramifications due to delay and refusal from Brane Martinoski failing to return trust documents and federal irs forms.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Conpensatory Damages for the loss of property, time and wages resulting in breach of contract - $20,000

Punitive damages for impeding Plaintiff's personal life and business affairs, future stablility, Intentional infliction of emotional distress, nuisance, and invasion of privacy. - $30,000

In accordance with private security agreement CJW-0519034521-PSA and Notice of Intent fee sheet located on public record. Plaintiff is entitled to relief.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3·23·2023

Signature of Plaintiff *Chauncy-Q: Williams*

Printed Name of Plaintiff   Chauncy Williams, Executive Grantor/Beneficiary

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address