IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHAUNCY WILLIAMS TRUST, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:23-CV-00342-DII |
| | § | |
| HMD TRUCKING LLC and BRANE MARTINOSKI, | § § § | |
| Defendants. | § § | |

# FINAL JUDGMENT

On this date, the Court adopted United States Magistrate Judge Mark Lane's report and recommendation concerning Plaintiff Chauncy Williams Trust's ("CWT") complaint pursuant to 28 U.S.C. § 1915(e). (R. & R., Dkt. 5). The Court dismissed CWT's complaint, (Dkt. 1), without prejudice.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on August 3, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE